# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW T. WISNESKI,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　:　　　3:17-CV-650
　　　　　　　　　　　　　　　　　　:　　　(JUDGE MARIANI)
NANCY A. BERRYHILL,　　　　　　　　:
ACTING COMMISSIONER OF　　　　　　:
SOCIAL SECURITY,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.　　　　　　　　:

## ORDER

AND NOW, THIS __17th__ DAY OF SEPTEMBER, 2018, upon review of Magistrate

Judge Saporito's Report and Recommendation ("R&R") (Doc. 27) for clear error or manifest

injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 27) is **ADOPTED** for the reasons discussed therein.

2. Defendant's Motion to Remand (Doc. 21) is **DENIED**.

3. The Commissioner of Social Security's decision denying Mr. Wisneski's application

   for benefits under Title XVI of the Social Security Act is **REVERSED**.

4. The case is **REMANDED** for the purpose of the computation of benefits.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report and Recommendation. (*See* Doc. 28).